# United States District Court

**FILED**

_____NORTHERN_____ DISTRICT OF _____ CALIFORNIA JUN 1 3 2007

UNITED STATES OF AMERICA
V.

**Roldan Rosales ENRIQUE**

Venue: SAN FRANCISCO

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COMPLAINT

**BZ**

**☐ ORIGINAL**

(Name and Address of Defendant)

CASE NUMBER: 3-07 7033 8

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>June 12, 2007,</u> in <u>San Francisco County,</u> in the <u>Northern District</u> of <u>California</u> defendant(s) did, willfully and knowingly used, or attempted to use an altered nonimmigrant visa (for entry to the United States), in violation of Title_18_ United States Code, Section _1546_.

I further state that I am a <u>Customs and Border Protection Enforcement Officer</u> and that this complaint is based on the following facts:

    See attached Affidavit in Support of Criminal Complaint

<u>Process Requested</u>: No bail warrant.

Penalties:
Title 18 USC Section 1546:
10 years of imprisonment; $250,000 fine; 3 years supervised release; deportation; and $100 special assessment fee

APPROVED AS TO FORM: _Denise N. Bottom_

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

Warrant of Arrest Requested:    ☒ Yes ☐ No
Bail Amount: **No Bail**

_Melissa Saurwein_

Signature of Complainant , Melissa E. Saurwein

Sworn to before me and subscribed in my presence,

<u>June 13, 2007</u>
Date

**Honorable Bernard Zimmerman**
**United States Magistrate Judge**
Name & Title of Judicial Officer

at <u>San Francisco, California</u>
City and State

Signature of Judicial Officer

UNITED STATES DISTRICT COURT          )
                                       ) ss. AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA        )

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING
ENRIQUE, Roldan Rosales
WITH VIOLATING 18 U.S.C. 1546

I, Melissa Saurwein, being duly sworn, do depose and state:

**Affiant Background**

1.      I am an Enforcement Officer with the United States Department of

Homeland Security, Customs and Border Protection (CBP). I have been employed with

CBP since November 2003. I have attended numerous training programs offered by

Federal Law Enforcement Training Center in Glenco, Georgia relating the Immigration

and Nationality Act, including training relating to fraud and misuse of visas. My duties

include the investigation and prosecution of violations of the Immigration and Nationality

Act and related criminal immigration statutes that occur at the ports of entry in the San

Francisco District (including the San Francisco International Airport, where I am

stationed). I am familiar with the provisions of criminal statues pertaining to immigration

violations, including 18 U.S.C. Section 1546.

**Purpose**

2.      I believe this affidavit establishes probable cause to arrest warrant for and

issue a complaint charging ROLDAN ROSALES ENRIQUE (the "SUBJECT") for

violating 18 U.S.C. Section 1546, Fraud and Misuse of Visas and Other Documents,

when he submitted a counterfeit visa for admission into the United States on June 11,

2007. This affidavit is based in part on personal knowledge, interviews, and reviews of

official documents and records, and does not and is not intended to contain every fact, piece of information or evidence concerning this alleged violation.

3.     Title 18 U.S.C. § 1546(a), Fraud and Misuse of Visas, Permits, and Other Documents, states, in relevant part: "Whoever knowingly utters, uses, attempts to use, possesses, obtains, accepts, or receives any visa, permit, border crossing Card, alien registration receipt card, or other document prescribed by statute or Regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. . . shall be [punished]."

**Case Facts and Evidence**

4.     On June 11, 2007, at approximately 22:15, ROLDAN ROSALES ENRIQUE, the SUBJECT arrived on board Mexicana Airlines 972 from Mexico City, Mexico. The SUBJECT presented one unexpired Mexican passport number 07340018132; one unexpired visa, foil number 77510230; and an Arrival and Departure Form I-94 number 33744169315, all in the name of ROLDAN ROSALES ENRIQUE. The SUBJECT presented these documents to the primary Officer Wilfredo Soliman for admission into the United States.

5.     During the primary inspection, upon review of the documents, Officer Soliman believed there were inconsistencies in the passport and visa. Officer Soliman referred the SUBJECT for further examination to passport control secondary to verify the authenticity of the visa.

2

6. In secondary inspection, the visa was examined in the Customs and Border Protection forensic lab located at the San Francisco International Airport. Based on this inspection it was determined that the visa was counterfeit.

7. On June 12, 2007, the subject was administratively interviewed by CBP agents, assisted by Ms. Alma, a Spanish language interpreter employed by Certified Language Services. The SUBJECT made the following statement before CBP Officer Missy Tupua. The SUBJECT admitted that his true name is ROLDAN ROSALES ENRIQUE. The SUBJECT stated he was born in Mexico and is a citizen of Mexico. He stated his date of birth is March 27, 1972. The SUBJECT stated he applied for the visa via the internet through the United States embassy in Mexico City and was offered assistance by a gentleman outside the embassy office to expedite the process. The visa foil number was queried in the State Department database and was found to have been issued to Jonnes de MOURA in Sao Paulo Brazil. The SUBJECT is not the rightful owner of this visa.

8. On June 12, 2007, the subject was provided with his Miranda Warnings in the Spanish language. The subject acknowledged and waived his Miranda Rights and made the following statement before CBP Enforcement Officer (CBPEO) Melissa E. Saurwein, and CBPEO Officer Ed Reveles.

a. His true and correct name is ROLDAN ROSALES ENRIQUE and he was born in Mexico and is a citizen of Mexico. He was born on March 27, 1972.

b. He stated that he was denied a United States visa by the United States Embassy in Mexico City on two occasions once in May 2000 and then again in January 2003.

3

c.      On April 21, 2007, he applied again for visa three days after receiving his
Mexican passport on April 18 2007. He stated he went to a friend's house; downloaded
an application for a visa on the internet; and requested an appointment, which was
scheduled for approximately eight days later.

d.      He went to the Embassy for his appointment and was confronted by a
gentleman, who offered him assistance to obtain a visa. He had seen this gentleman exit
the US Embassy building wearing an official looking US Embassy badge. The
gentleman stated he needed one photo and his passport and to return in fifteen days with
5000 Mexican pesos. The SUBJECT stated he returned in fifteen days to the same
location he had encountered the gentleman outside the Embassy where he witnessed the
gentleman exit the US Embassy building. The gentleman gave the SUBJECT a package
which contained his original passport with the counterfeit visa and a counterfeit
Department of Homeland Security US Customs and Border Protection Admission Stamp
dated May 25, 2007, from the El Paso Port of Entry. The gentleman told ENRIQUE if he
was asked about the admission stamp to tell Immigration he returned to Mexico through
San Diego. The SUBJECT did not believe the visa was counterfeit until he arrived at San
Francisco airport last night because the gentleman that he encountered outside the
Embassy told him that he worked for the State Department.

9.      Later in the day on June 12, 2007, the subject made another statement,
under oath, to me with the assistance of certified translator, Ms. Alma. The SUBJECT
made the following statement:

a.      The SUBJECT admitted that he actually obtained the visa at the Plaza
Santo Domingo in Mexico City, Mexico, where he knows that fraudulent documents are
sold. He went to the market with a friend who had obtained his visa from a man named

4

Jose. Jose asked the SUBJECT to bring his passport, one photo, and 5000 Mexican pesos, in exchange for which Jose would give him a United States visa.

 b. The visa in his passport that he presented upon entry into the United States was not issued by the United States Embassy and is not a valid document to enter the United States. This visa does not belong to him and he knows that it was not legal to use the visa for entry into the United States.

**Conclusion**

 10. I respectfully submit that the above presented facts establish probable cause to believe that ROLDAN ROSALES ENRIQUE did knowingly and willfully use and attempt to use a false, forged, counterfeited, mutilated, and altered visa, in violation of Title 18, United States Code, Section 1546, Fraud and Misuse of Visas and Other Documents, while in the Northern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Melissa E. Saurwein
Enforcement Officer
U.S. Customs and Border Protection
U.S. Department of Homeland Security

SUBSCRIBED AND SWORD BEFORE ME
on June 13, 2007

The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California

5