AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 USC 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor

E-filing

**PENALTY:**
Max. 1 year imprisonment; max. fine of $100,000; max. supervised release 1 year; mandatory special assessment $25; deportation

**DEFENDANT - U.S.**

▶ ENRIQUE ROLDAN-ROSALES

**DISTRICT COURT NUMBER**
07  0392

CR

*[FILED stamp: 07 JUN 21 AM 9:50, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — MAG]*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security, Customs and Border Patrol Officer Melissa Saurwein

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70338 BZ

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 6/13/2007

**DATE OF ARREST** ▶ 6/12/2007
Or... if Arresting Agency & Warrant were not
Month/Day/Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ 6/13/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,       ) CR No. 07 0392 MAG
                                    )
13 |     Plaintiff,                  ) VIOLATION: Title 18, United States Code,
                                    ) Section 1028(a)(4) – Possession of an
14 | v.                              ) Identification Document with Intent to
                                    ) Defraud the United States (Class A
15 | ENRIQUE ROLDAN-ROSALES,         ) Misdemeanor)
                                    )
16 |     Defendant.                  )
                                    ) SAN FRANCISCO VENUE
17 | _____)
18
19                       I N F O R M A T I O N
20 The United States Attorney charges:
21     On or about June 11, 2007, in the Northern District of California, the defendant,
22                       ENRIQUE ROLDAN-ROSALES,
23 knowingly possessed an identification document, authentication feature, or false identification
24 document, that was not an identification document issued lawfully for his use, to wit: one visa,
25 purportedly issued by the United States Embassy, foil number 77510230, with the intent that
26 such document or feature be used to defraud the United States, in violation of Title 18, United
27 States Code, Section 1028(a)(4), a Class A Misdemeanor.
28 //

1  DATED:  June 20, 2007                      SCOTT N. SCHOOLS
                                              United States Attorney
2
3
4                                             _____
                                              GREGG LOWDER
                                              Deputy Chief, Major Crimes Section
5
6
   (Approved as to form: /s/ Denise Barton )
7                        DENISE MARIE BARTON
                         Assistant United States Attorney
8

INFORMATION                              Page 2 of 2