06/26/2007  10:10 am                                                                                                              Version 0.2

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000392 | | | US V ENRIQUE ROSALES ROLDAN | | | | |
| 001 | ENRIQUE ROSALES ROLDAN | 504100 | FINE-CRIME VICTIMS FUND | 300.00 | 0.00 | CT 34611007568 | 2 | PR | 300.00 | 06/21/2007 |
| 001 | ENRIQUE ROSALES ROLDAN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611007568 | 1 | PR | 25.00 | 06/21/2007 |
| | | | | | | | | Division Payment Total | 325.00 | |
| | | | | | | | | Grand Total | 325.00 | |

$25.00  SPECIAL ASSESSMENT PAID IN FULL  on 6-21-07

$300.00  FINE PAID IN FULL  on 6-21-07

FILED
JUN 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1  of  1